HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JONATHAN EAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-po-00257-CSK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TRIAL DATE |
| v. | |
| JONATHAN EAMES, | Judge: Hon. Chi Soo Kim |
| Defendant. | Date: December 3, 2025<br>Time: 10:00 A.M. |

Defendant, JONATHAN EAMES, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Nicole Moody, hereby stipulate to and request an order from this Court continuing the status conference and trial dates in this matter. Mr. Eames' case is presently scheduled for a status conference on December 3, 2025, at 10:00 a.m., and a trial set for January 28, 2026, at 10:00 a.m. The parties hereby request that the status conference be continued to January 28, 2026, at 10:00 a.m. and the trial be continued to March 9, 2026, at 10:00 a.m.

The Federal Defender's Office (FDO) represents Mr. Eames in this matter. The FDO has been severely impacted by staffing and resource shortages and a concentration of investigative work in the months of December and January resulting from the recent government shutdown, which delayed investigations and expert contracts in October and November. As a result, the FDO cannot complete its investigation in this matter before the end of January, particularly given

that the offense is alleged to have occurred at a government agency in Susanville, CA, which will require overnight travel by the defense investigator.

Accordingly, the parties agree that a continuance is appropriate to allow the defense to complete its investigation and reciprocal discovery production, as well as to permit the parties additional time to resolve any outstanding discovery requests by the defense. The parties therefore request that the status conference be continued to January 28, 2026 at 10:00 a.m., and the trial be continued to March 9, 2026, at 10:00 a.m. Mr. Eames appearance has already been waived for the status conference, and the parties further request that this waiver carry over to the new status conference date of January 28, 2026. Mr. Eames will be present for trial, and any other substantive hearing that the Court orders in advance of trial.

Dated: December 2, 2025                                        Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Public Defender

                                                               */s/ Megan T. Hopkins*
                                                               MEGAN T. HOPKINS
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               JONATHAN EAMES


                                                               ERIC GRANT
                                                               United States Attorney

DATED: December 2, 2025                                         */s/ Nicole Moody*
                                                               NICOLE MOODY
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff

# **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference is continued to January 28, 2026, at 10:00 a.m. and trial is continued to March 9, 2026, at 10:00 a.m.

Dated:  December 2, 2025

HON. CHI SOO KIM
United States Magistrate Judge